```
                                              ┌─────────────────────────────┐
                                              │           FILED             │
                                              │                             │
                                              │     November 21, 2014        │
                                              │   CLERK, US DISTRICT COURT   │
                                              │    EASTERN DISTRICT OF       │
                                              │        CALIFORNIA            │
                                              │                             │
                                              │        DEPUTY CLERK          │
                                              └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:14-mj-00272-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| GUO NENG MA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Guo Neng Ma; Case 2:14-mj-00272-KJN from custody and for the following reasons:

     \_\_     Release on Personal Recognizance

     \_\_     Bail Posted in the Sum of _____

     X     Unsecured Appearance Bond in the amount of $300,000.00, cosigned by Ai Lian Ma, Yuan Mei Ma, and Guo Can Ma.

     \_\_     Appearance Bond with 10% Deposit

     \_\_     Appearance Bond secured by

     X     (Other) Pretrial Supervision/Conditions; **defendant to be released on 11/24/2014 at 9:00 AM.**

Issued at  Sacramento, CA  on      11/21/2014       at   3:00 p.m.

By  _____

Kendall J. Newman
United States Magistrate Judge