UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 21, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> GUO NENG MA, ) </br> ) </br> Defendant. ) | CASE NUMBER: 2:14-mj-00272-KJN </br></br> ORDER FOR RELEASE </br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Guo Neng Ma; Case 2:14-mj-00272-KJN from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $300,000.00, cosigned by Ai Lian Ma, Yuan Mei Ma, and Guo Can Ma.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by

    X    (Other) Pretrial Supervision/Conditions; **defendant to be released on 11/24/2014 at 9:00 AM.**

Issued at Sacramento, CA on   11/21/2014   at   3:00 P.M.

By _____
Kendall J. Newman
United States Magistrate Judge